# EXHIBIT 1

# EXHIBIT 1

**Rawhide 13 week cash forecast**

| Week starting | | 1/15/24 | 1/22/24 | 1/29/24 | 2/5/24 | 2/12/24 | 2/19/24 | 2/26/24 | 3/4/24 | 3/11/24 | 3/18/24 | 3/25/24 | 4/1/24 | 4/8/24 | 4/15/24 | 4/22/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Restart needs PayNow | | **week1** | **week2** | **week3** | **week4** | **week5** | **week6** | **week7** | **week8** | **week9** | **week10** | **week11** | **week12** | **week13** | **week14** |
| Payroll | 45,000 | | 34,615 | | 34,615 | | | 65,000 | 65,000 | | 65,000 | | 65,000 | | 65,000 | |
| Emp. Health Ins. | 25,000 | | | | | | | 25,000 | 25,000 | | | | 35,000 | | | |
| Past due Employee pmts | 15,000 | | 15,000 | 15,000 | 45,000 | | | | | | | | | | | |
| Independent Contractors | 75,000 | | | | | | 15,000 | | | | 15,000 | | | | 15,000 | |
| Other Critical Contractors | 25,000 | | | | | | | | | | | | | | | |
| US Carbon  Carbon | | | 50,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| Ihoist  Lime | | | | 40,000 | | | | | | 50,000 | | | | | | |
| US Silica  Diatomaceous Earth | 50,000 | | | | | | | | | | | | | | | |
| Pilot  Fuel | 200,000 | | 70,000 | 35,000 | 50,000 | 50,000 | 50,000 | | 50,000 | | 50,000 | | 50,000 | | 50,000 | |
| Cyanco  Cyanide | 150,000 | | | 150,000 | | | 150,000 | | | | 150,000 | | | | 150,000 | |
| US Zinc  NV Energy | - | | | 35,000 | | | | | | | | | | | | |
| Thatcher  Zinc | 50,000 | | 25,000 | | | 100,000 | 25,000 | | | 50,000 | 25,000 | | | | 25,000 | |
| Caustic  D&O | | | | | | | | 150,000 | | | | | | | | |
| GL/Umbrella | 20,000 | | 20,000 | | | | 20,000 | | | | | 20,000 | | | | |
| Equipment lease | 50,000 | | 20,000 | | | | 20,000 | | | 20,000 | | | | | 20,000 | |
| Pipe Parts | 10,000 | | | | | | | | | | | | | | | |
| NDOW | | | | | | | | | | | | | | | | |
| MSHA | | | | | 1,300 | | | | 1,300 | | | | 1,300 | | | |
| Other | | | | | | | | | | | | | | | | |
| Misc Mtce | | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | |
| Property Taxes (Mineral County) | | | | | | 25,000 | | | | 25,000 | | | | 25,000 | | |
| Legal | | | | | | | | 188,000 | | | | 140,000 | | | | 120,000 |
| FA | | | | | | | | 140,000 | | | | 100,000 | | | | 60,000 |
| Banker | | | | | | | | 25,000 | | | | 25,000 | | | | 25,000 |
| **Total Expenses** | 715,000 | | 244,615 | 285,000 | 165,915 | 185,000 | 365,000 | 363,000 | 326,300 | 145,000 | 370,000 | 305,000 | 196,300 | 45,000 | 370,000 | 4,081,131 |
| Revenue (Au $/oz)  $ 1,950 | | | | | | | | | | $ 136,500 | $ 177,450 | $ 204,750 | $ 245,700 | $ 341,250 | $ 409,500 | |
| Broadbent Receivable from NDEP | | | | | | | | | | | | | | | | |
| Zurich Insurance Receivable | 202,000 | | 110,000 | | 72,000 | | | | | | | | | | | |
| Gold & Slag Sales | | | | | | | | | | | | | | | | |
| Beginning Cash | | $ 2,506,000 | $ 1,993,000 | $ 1,858,385 | $ 1,573,385 | $ 1,479,469 | $ 1,294,469 | $ 929,469 | $ 566,469 | $ 240,169 | $ 231,669 | $ 39,119 | $ (61,131) | $ (11,731) | $ 284,519 | |
| expenses | | (715,000) | (244,615) | (285,000) | (165,915) | (185,000) | (365,000) | (363,000) | (326,300) | (145,000) | (370,000) | (305,000) | (196,300) | (45,000) | (370,000) | |
| revenue | | 202,000 | 110,000 | - | 72,000 | - | - | - | - | 136,500 | 177,450 | 204,750 | 245,700 | 341,250 | 409,500 | |
| Ending Cash | | $ 1,993,000 | $ 1,858,385 | $ 1,573,385 | $ 1,479,469 | $ 1,294,469 | $ 929,469 | $ 566,469 | $ 240,169 | $ 231,669 | $ 39,119 | $ (61,131) | $ (11,731) | $ 284,519 | $ 324,019 | |