E-filed on **December 26, 2023**

**Samuel A. Schwartz**
Name
**10985 NV**
Bar Code #
**601 East Bridger Avenue**
**Las Vegas, NV 89101**
Address
**702-385-5544**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: **Rawhide Mining LLC**

Case No.: 23-15619-hlb
Chapter: 11
Trustee:

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☐ Add/delete creditor(s), change amount or classification of debt - **$32 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☑ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☑ Other: **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)**

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __**December 26, 2023**__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Marceau Schlumberger
Marceau Schlumberger
**Debtor's Signature**
**Date:** December 26, 2023

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rawhide Mining LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 26, 2023**    X **/s/ Marceau Schlumberger**
Signature of individual signing on behalf of debtor

**Marceau Schlumberger**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Rawhide Mining LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Lhoist North America<br>5230 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $74,376.93 |
| Argonaut Insurance Company<br>c/o Law Office of Manier & Herod<br>1201 Demonbreun St., Ste. 900<br>Nashville, TN 37203 | | Surety on Surface Management Surety Bond Number SUR0008068 | | $14,927,566.00 | $8,554,957.24 | $6,372,608.76 |
| Cyanco Company, LLC<br>5505 Cyanco Dr<br>Winnemucca, NV 89445 | | | | | | $1,106,693.63 |
| Eide Baily LLP<br>5 Triad Center, Suite 600<br>Salt Lake City, UT 84180 | | | | | | $100,183.38 |
| First National Capital, LLC<br>38 Discovery Suite 150<br>Irvine, CA 92618 | | | | | | $145,305.06 |
| Hunt & Sons Inc.<br>Attn Collections Dept.<br>PO Box 1600<br>Elko, NV 89803 | | | Disputed | | | $82,877.74 |
| IBI Security Transport, Inc.<br>814 Silvia Street, Building 800B<br>Trenton, NJ 08628 | | | | | | $50,345.50 |

| Debtor | Rawhide Mining LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Komatsu Equipment<br>P.O. Box 842326<br>Dallas, TX 75284 | | | | | | $186,055.15 |
| Komatsu Financial<br>PO Box 99303<br>Chicago, IL 60693 | | | | | | $339,635.70 |
| Manpower Northern Nevada Franchise<br>63 Keystone Avenue, Suite 202<br>Reno, NV 89503 | | | | | | $130,296.00 |
| Mineral County Assessor<br>P.O. Box 400<br>Hawthorne, NV 89415 | | | | | | $330,549.61 |
| Nalco Company<br>P.O. Box 730005<br>Dallas, TX 75373 | | | | | | $63,514.92 |
| Nevada Cement<br>1290 West Main Street<br>Fallon, NV 89406 | | | | | | $86,947.60 |
| Nevada Department of Taxation-Use Tax<br>1550 College PKWY #115<br>Carson City, NV 89706 | | | | | | $52,721.78 |
| Nevada Energy<br>P.O. Box 30065<br>Reno, NV 89520 | | | Disputed | | | $1,883,157.31 |
| PAC Machine Co., Inc.<br>8570 23rd Avenue<br>Sacramento, CA 95826 | | | | | | $117,077.41 |
| Thatcher Company of Nevada, Inc.<br>1905 Fortune Rd.<br>Salt Lake City, UT 84104 | | | | | | $109,764.41 |
| United Rentals<br>9700 Fruitridge Rd<br>Sacramento, CA 95826 | | | Disputed | | | $194,317.85 |
| US Bank<br>PO Box 790408<br>Saint Louis, MO 63179 | | | | | | $60,483.78 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Rawhide Mining LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Western Explosoves Systems Company/WESCO 3135 S Richmond St. Salt Lake City, UT 84106** | | | | | | **$466,514.75** |