# EXHIBIT 2

# EXHIBIT 2

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada 89502-7147
http://www.blm.gov/nv

In Reply Refer To:
3809 (NV921.c)

NOV 3 0 2023

Argonaut Insurance Company
c/o Scott Williams
1201 Demonbreun Street Ste 900
Nashville, TN 37203

Dear Mr. Williams:

We are writing to inform you that the bond performance required in our September 20, 2023, Decision (attached) is required immediately. Please contact the BLM Nevada State Office (NSO) to discuss this process as soon as possible.

On September 20, 2023, the NSO issued a decision requiring bond performance of surety bond number SUR0008068 (BLM bond number NVB001921). On October 23, 2023, an extension was granted to Friday, November 10, 2023, to make a decision on the actions to comply with the terms of NVNV106164478, the Denton-Rawhide Mine Plan of Operations. On November 9, 2023, an extension was granted to November 15, 2023, to allow the principal, Rawhide Mining LLC to provide an increase in bond coverage for NVNV106164478. On November 15, 2023, Rawhide Mining LLC submitted a personal bond form. On November 27, 2023, an extension was granted to November 29, 2023, for Rawhide Mining LLC to provide the funds for the increase in bond coverage. As of November 30, 2023, Rawhide Mining LLC has not submitted the required funds for the increase in bond coverage for NVNV106164478.

Because Rawhide Mining LLC has not complied with the orders contained in the Notice of Noncompliance and Immediate Temporary Suspension Order, and Argonaut Insurance Company is the surety for the bond guaranteeing compliance with the terms of NVNV106164478, the Denton-Rawhide Mine Plan of Operations, Argonaut Insurance Company must immediately perform one of the actions listed in the Decision dated September 20, 2023. The actions are listed below and on the following page:

1. Require the operator to begin the specified work and continue to work diligently to completion; OR
2. Directly enter into a contract such that the specified work will begin and continue diligently to completion, with the contactor **directly** billing the surety for the work done; OR

3. Authorize in writing for the BLM to act as the surety's agent to contract and oversee the performance of the specified work, with the contractor **directly** billing the surety for payment. In this case, the surety must pay the United States (BLM) an additional percent (8-12%) of the payment amount to compensate the United States for administrative costs for the contact, not to exceed the penal sum of the bond; OR
4. Submit within, the penal sum, $14,927,566, of surety bond number SUR0008068 to the NSO at the address listed on the following page:

> Bureau of Land Management
> Nevada State Office
> 1340 Financial Blvd
> Reno, NV 89502

If you have any questions, please call Lacy Trapp at 775-861-6599, or send electronic mail to ltrapp@blm.gov

Sincerely,

Lacy Trapp
Branch Chief
Branch of Mineral Resources (Solids)

cc: Argonaut Insurance Company
PO Box 469011
San Antonio, TX 78246
NDEP