# Exhibit "A"

Undated letter from Curtis Turner

Todd Process, Reclamation Branch Supervisor, BMRR NDEP

Keith Depaoli, BLM, Manager, Carson City District

This letter is to inform the respective agencies of the State of Nevada and the Federal Government, that on Monday, August 28, 2023, employees of Rawhide Mining LLC ("Company"), operator of the Rawhide Mine, became aware that Silverview Credit Partners LP, the debtholders of the Company ("Debtholders") had exercised their rights granted in the loan agreements between the Company and the Debtholders, to block the Company's access to its bank accounts and sweep all funds from the account. The Company was not notified of this action and only become aware when they received notification that various payments that had been scheduled were rejected by the bank. Effective today, the Debtholders have taken all of the funds of the Company and left us unable to operate.

The Company wishes to inform the NDEP and BLM, that through no action or decision making by the Company, its personnel or its owners, this arbitrary decision by the Debtholders has placed the Company and the operations of the Rawhide Mine at a critical risk. Without the ability to make critical payments for items such as payroll, fuel, electricity, rental of key generator and pumping equipment, along with other critical needs in the near future, the power will be shut-off at the mine. With limited fuel at site, in a matter of days operators will be unable to continue to circulate solution from processing and containment ponds to the leach pad and risk over-topping the ponds creating an environmental incident.

The intent of this letter is to inform the respective agencies of this imminent risk. The Company is committed to maintain open communication with the agencies as these negative triggering events occur. In addition, we wish to provide the contact information of the Debtholders so that the State of Nevada and the BLM have the contact information of the responsible parties, if they do not release funds to make critical payments and cause the above mentioned incidents to materialize. Any mechanisms that the governmental agencies have at their disposal to avoid the negative consequences would be greatly appreciated by the Company and we are prepared to assist in any way.

We are happy to put you in contact with representatives of the debtholders should you wish to engage with them directly.  Having seized the funds in our bank account, they are effectively in control of what happens to the Company at this point.

Please contact me if you require any additional information. In the meantime, be assured we will continue to provide updates should the current status of the operations at the Rawhide Mine change.

Regards,

Curtis Turner
Authorized Representative of the Board of Directors, Rawhide Mining LLC
Curtis.turner@rawhidemine.com
775-772-3115